IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NICOLE BERNADETTE GRAHAM,

    Plaintiff,

  v.

EQUIFAX INFORMATION SERVICES LLC; et al.,

    Defendants.

CIVIL ACTION NO.: 4:25-cv-147

**O R D E R**

    Before the Court is a "Joint Stipulation of Dismissal With Prejudice as to Trans Union LLC," signed by counsel for Plaintiff and counsel for all Defendants who have appeared in this action, in which the parties state that they consent to the dismissal, with prejudice, of each claim and count asserted by Plaintiff against Defendant Trans Union LLC in the above styled action, with Plaintiff and Defendant Trans Union to each bear their own attorney's fees, costs and expenses. (Doc. 14.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Defendant Trans Union LLC has been **DISMISSED WITH PREJUDICE** from this action. The Court **DIRECTS** the Clerk of Court to **TERMINATE** Defendant Trans Union LLC from this case and to update the docket accordingly.

    **SO ORDERED**, this 23rd day of July, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA