IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NICHOLE BERNADETTE GRAHAM, | |
| Plaintiff, | CIVIL ACTION NO.: 4:25-cv-147 |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC; et al., | |
| Defendants. | |

**O R D E R**

Before the Court is "Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Equifax Information Services LLC," signed and filed by counsel for Plaintiff, in which Plaintiff states that she dismisses her causes of action in the Complaint against the Defendant Equifax Information Services, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  (Doc. 18.)  Defendant Equifax Information Services, LLC, has not filed an answer or a motion for summary judgment.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Accordingly, Defendant Equifax Information Services, LLC, is **DISMISSED WITH PREJUDICE**.  See Plains Growers, Inc. v. Ickes-Braun Glasshouses, Inc., 474 F.2d 250, 255 (5th Cir. 1973) ("[R]eading the rules governing dismissal by notice and dismissal by motion together, we conclude that it was intended by the rule-makers to permit dismissal against such of the defendants as have not served an answer or motion for summary judgment . . . .").[1]  The Court

---

[1] In Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc), the Eleventh Circuit adopted as binding precedent all decisions of the former Fifth Circuit handed down prior to October 1, 1981.

**DIRECTS** the Clerk of Court to **TERMINATE** Equifax Information Services, LLC, from this case and to **UPDATE** the docket accordingly.

   **SO ORDERED**, this 29th day of August, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA