**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

NICHOLE BERNADETTE GRAHAM,

              Plaintiff,

v.                                                              Civil Action No.: 4:25-cv-147

MISSOURI HIGHER EDUCATION LOAN
AUTHORITY, d/b/a MOHELA,

              Defendant.

**AMENDED SCHEDULING ORDER**

The Court previously stayed all deadlines in this case pending resolution of a related matter before the Supreme Court of the United States. Doc. 27. The parties report that the Supreme Court has now denied the petition for writ of certiorari in the related proceeding. Doc. 28 at 3. Based on that development, Defendant Missouri Higher Education Loan Authority, d/b/a MOHELA ("MOHELA") withdraws its Motion for Judgment on the Pleadings. *Id.* The Clerk is, therefore, **DIRECTED** to **TERMINATE** the Motion as **WITHDRAWN**. Doc. 25.

The parties also propose deadlines for the remainder of this case. Doc. 28 at 3-4. These deadlines shall not be extended except upon a specific showing of good cause and order of the Court. Fed. R. Civ. P. 16(b)(4). It is the Court's expectation that the parties will not need an extension of these deadlines. The showing of good cause necessary to obtain an extension of any of these deadlines requires a specific showing of what the parties have accomplished to date in discovery, what remains to be accomplished, and why the parties have not been able to meet the Court's deadlines. Bare boilerplate assertions such as "the parties have diligently pursued discovery to date, but additional time is necessary" will not suffice to establish good cause.

1

Additionally, should any party seek an extension of these deadlines or seek the extension of any other deadline in this case (including an extension of a deadline to respond to a motion or file any other pleading), the party should first contact all other parties and determine if the other parties join in, consent to, or oppose the request for an extension.   When filing the motion for an extension, the party requesting the extension must state in their motion for an extension whether the other parties join in, consent to, or oppose the request for an extension.

| | |
|---|---|
| DEADLINE FOR COMPLETION OF WRITTEN DISCOVERY, INSPECTION, AND EXAMINATIONS UNDER RULE 33 THROUGH 36 OF THE FEDERAL RULES OF CIVIL PROCEDURE | October 16, 2026 |
| DISCOVERY DEPOSITIONS OF WITNESSES WHO HAVE NOT BEEN DESIGNATED AS EXPERTS | November 6, 2026 |
| PLAINTIFF'S DEADLINE TO SERVE EXPERT WITNESS REPORTS | November 20, 2026 |
| DEFENDANTS' DEADLINE TO SERVE EXPERT WITNESS REPORTS | December 18, 2026 |
| DISCOVERY DEPOSITIONS OF WITNESSES WHO HAVE BEEN DESIGNATED AS EXPERTS | January 11, 2027 |
| STATUS REPORT DUE[1] | February 19, 2027 |
| LAST DAY FOR FILING ALL CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | March 5, 2027 |

**SO ORDERED**, this 1st day of May, 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]   A Post-Discovery Status Report Form for Judge Baker's cases is available on the Court's website www.gas.uscourts.gov under "forms."   The parties are directed to use the content and format contained in this Form when reporting to the Court.